```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 30682
   DENNIS R SCHULMEISTER
   MARGARET L SCHULMEISTER                    CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
             Debtor
   SSN XXX-XX-1332     SSN XXX-XX-2892
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/18/04 and confirmed on 12/03/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 16000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IN | CURRENT MORTG | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 455.07 | .00 | 158.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | 669.63 | .00 | 233.14 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6727.42 | .00 | 2342.20 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| EZ CASH | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 689.56 | .00 | 240.07 |
| WELLS FARGO FINANCIAL IN | MORTGAGE ARRE | 11367.50 | .00 | 11367.50 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 511.69 | .00 | 178.15 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11367.50 | .00 | 9053.37 | .00 | 20420.87 |
| PRINCIPAL PAID | 11367.50 | .00 | 3152.00 | .00 | 14519.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11367.50 | .00 | 3152.00 | .00 | 14519.50 |

The Debtor's attorney, CYNTHIA J BRISCOE            , was allowed $  1800.00 and was paid $   1000.00   direct and $    800.00   through the plan.

The Trustee received $    680.50 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/18/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```